# CERTIFICATE OF SERVICE

I, _____Rae Ann Piotrowski_____, certify that I am, and at all times during the
         (name)
service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was delivered
_____January 4, 2016_____ by:
         (date)

☑ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

July L. Millhone at the address of 1402 S. 59th Court, Cicero, Illinois 60804-1056. I also certify that I served copies of said documents referred to herein in the same manner as described on defendant's attorney, Yisroel Y. Moskovits, Semrad Law Firm, LLC at 20 S. Clark Street-28th Floor, Chicago, Illinois 60603.

☐ Personal Service: by leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of  _____,
as follows: [Describe briefly]                                                                            (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

_____January 5, 2015_____         _____/s/ Rae Ann Piotrowski_____
                 Date                                                            Signature

| Print Name |   |   |
|---|---|---|
| Business Address |   |   |
| City | State | Zip |

Case 16-00001    Doc 2    Filed 01/04/16    Entered 01/04/16 10:53:28    Desc Stamped
Summons    Page 1 of 2

## U.S. Bankruptcy Court
### Northern District of Illinois

In re:
Bankruptcy Case No. 15-31649
JUDY L MILLHONE

Debtor

Adversary Proceeding No. 16-00001
THE ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY

Plaintiff

v.
JUDY L MILLHONE

Defendant

### SUMMONS IN AN ADVERSARY PROCEEDING

**To:** JUDY L MILLHONE

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| Clerk, U.S. Bankruptcy Court |
| Northern District of Illinois |
| 219 S Dearborn |
| Chicago, IL 60604 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| Andrew Dryjanski |
| 33 South State Street – Suite 992 |
| Chicago, IL 60603 |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| Dirksen Federal Building | |
| 219 South Dearborn | Status Hearing Date and Time |
| Courtroom 642 | 02/23/2016 at 10:30AM |
| Chicago IL 60604 | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
01/04/2016

Jeffrey P. Allsteadt, Clerk Of Court